**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**



FILED SEP 19 2019 Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

Andre Juste,

    Petitioner,

v.                               Civil Action No. 19-2170 (UNA)

Circuit Court, Nineteenth Judicial Circuit,

    Respondent.

## MEMORANDUM OPINION

Petitioner Andre Juste, appearing *pro se*, has filed a "Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241" against a Florida state court. *See* Case Caption; Pet. ¶ 6. "The writ of habeas corpus shall not extend to a [petitioner] unless" he is "in custody" under some authority. 28 U.S.C. § 2241(c). From all indications in the petition, Juste is not in custody. Besides, the named circuit court is not a proper respondent to a habeas petition. *See Rumsfeld v. Padilla*, 542 U.S. 426, 434-39 (2004) (discussing immediate custodian rule); *accord Blair-Bey v. Quick*, 151 F.3d 1036, 1039 (D.C. Cir. 1998). Therefore, this case will be dismissed for want of jurisdiction. A separate order accompanies this Memorandum Opinion.

Date: September 18, 2019

United States District Judge